Same case below, 594 F.3d 277.

**No. 10-5336. Willie Keith Jackson, Petitioner v. United States.**

562 U.S. 916, 131 S. Ct. 279, 178 L. Ed. 2d 184, 2010 U.S. LEXIS 7367.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 344 Fed. Appx. 391.

**No. 10-5337. Jimmie Lee Hamilton, Petitioner v. Florida.**

562 U.S. 916, 131 S. Ct. 279, 178 L. Ed. 2d 184, 2010 U.S. LEXIS 7084.

October 4, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 33 So. 3d 37.

**No. 10-5338. Leroy Hefley, Petitioner v. Delaware.**

562 U.S. 916, 131 S. Ct. 279, 178 L. Ed. 2d 184, 2010 U.S. LEXIS 7063,

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Delaware denied.

Same case below, 986 A.2d 1164.

**No. 10-5339. Jiten D. Mehta, Petitioner v. United States.**

562 U.S. 916, 131 S. Ct. 279, 178 L. Ed. 2d 184, 2010 U.S. LEXIS 7326.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 10-5340. Jeffrey Shane Pereira, Petitioner v. Florida.**

562 U.S. 916, 131 S. Ct. 279, 178 L. Ed. 2d 184, 2010 U.S. LEXIS 6919.

October 4, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.

Same case below, 31 So. 3d 791.

**No. 10-5341. Ricky D. Sluder, Petitioner v. United States.**

562 U.S. 916, 131 S. Ct. 280, 178 L. Ed. 2d 184, 2010 U.S. LEXIS 7098.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 593 F.3d 990.

**No. 10-5342. Larry C. Saturday, Petitioner v. United States.**

562 U.S. 916, 131 S. Ct. 281, 178 L. Ed. 2d 184, 2010 U.S. LEXIS 7096.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 593 F.3d 990.

**No. 10-5343. Hector Eduardo Salazar-Munoz, Petitioner v. United States.**

562 U.S. 916, 131 S. Ct. 281, 178 L. Ed. 2d 184, 2010 U.S. LEXIS 6999.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.